UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

AUG 08 2019

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CRIMINAL No. 4:19cr573 |
| MICHAEL BLAKE HUFF | § | |
| Defendant | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count One
False Statement

On or about January 9, 2019, in the Houston Division of the Southern District of Texas,

**MICHAEL BLAKE HUFF**

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, in the Southern District of Texas, by telling Special Agent Quo Carothers of the Department of Alcohol, Tobacco and Firearm and Explosives that two FNH, model 249S, 5.56 caliber rifles and two Barrett .50 caliber rifles (four rifles total) he owned were missing without his knowledge. The statement was false because, as **MICHAEL BLAKE HUFF** then and there knew, he had sold the firearms.

In violation of Title 18, United States Code, Section 1001(a)(2).


RYAN K. PATRICK
United States Attorney

By: _/s/ Jennie L. Basile_
JENNIE L. BASILE
Assistant United States Attorney