United States District Court
Southern District of Texas
**ENTERED**
December 30, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § § § | |
| v. | § § | C.R. ACTION NO. 4:19-573 (01) |
| Michael Blake Huff, | § § § | |

### ORDER

Pending before the Court is the Unopposed Motion to Defer Reporting to Prison (Document # 32). Having considered the motion and the applicable law, the Court determines that the foregoing motion should be denied. Accordingly, the Court hereby

ORDERS that the Unopposed Motion to Defer Reporting to Prison (Document # 32) is DENIED.

SIGNED on the ___30___ day of December, 2019.

_____
DAVID HITTNER
United States District Judge